**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

| | |
|---|---|
| **KEITH A. HARDESTY,** ) | |
| **Plaintiff** ) | |
| ) | |
| **vs.** ) | Civil Action No. 3:20-cv-00032 JTK |
| ) | |
| **ANDREW SAUL, Commissioner,** ) | |
| **Social Security Administration,** ) | |
| **Defendant** ) | |

## JUDGMENT

IT IS ORDERED, ADJUDGED AND DECREED that this case be reversed and remanded to the Defendant for further administrative action pursuant to sentence four of §205(g) of the Social Security Act, 42 U.S.C. §405(g).  *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ADJUDGED on this 27th day of May, 2020.

_____
UNITED STATES MAGISTRATE JUDGE